**Order filed June 27, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00122-CV
_____

**CITY DIRECT MOTOR CARS, INC AND MAHDI MOHAMMADAGHAEI, Appellants**

**V.**

**EXPO MOTORCARS, L.L.C., Appellee**

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2009-78921**

---

## O R D E R

Appellants' brief was due June 17, 2013. No brief or motion for extension of time has been filed.

Unless appellants submit a brief to the clerk of this court on or before **July 30, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM